No. 81–1109. ROBERT W. KIRK & ASSOCIATES, INC. *v.* HOLCOMB ET AL. C. A. 11th Cir. Certiorari denied.

No. 81–2278. UNION ELECTRIC CO. *v.* CITY OF KIRKWOOD, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 82–4. B. F. DIAMOND CONSTRUCTION CO. ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–523. SANGER BOATS, INC., ET AL. *v.* SCHWABENLAND. C. A. 9th Cir. Certiorari denied.

No. 82–527. HARDLINE ELECTRIC, INC. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1547. C. A. 9th Cir. Certiorari denied.

No. 82–557. HANAHAN *v.* LUTHER, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–566. ZAPATA-HAYNIE CORP. ET AL. *v.* WARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–605. A.W.I., INC. *v.* AMERICAN INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–624. HARTLEY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–709. SCARFO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.